# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | **CASE NO. 2:19-CR-244** |
| **Plaintiff,** : | |
| : | **CHIEF JUDGE ALGENON L. MARBLEY** |
| **v.** : | |
| : | |
| **QUIAN R. BRITFORD,** : | |
| : | |
| **Defendant.** : | |

# ORDER

Before the Court is the Government's Motion to Dismiss the Superseding Indictment with Prejudice filed on September 17, 2020. (ECF No. 48). The Court finds the Government's motion to dismiss all counts of the Superseding Indictment against the Defendant, Quian R. Britford, well-taken and this Motion is **GRANTED**. Accordingly, Mr. Britford is ordered to be released from the custody of the U.S. Marshals.


    IT IS SO ORDERED.


                         /s/ Algenon L. Marbley
                         **ALGENON L. MARBLEY**
                         **CHIEF UNITED STATES DISTRICT JUDGE**

**DATED:  September 17, 2020**